People v Fogler

2026 NY Slip Op 02932

May 12, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Benvontay Fogler, Appellant.

Decided and Entered: May 12, 2026

SCI No. 72034/24, Ind. No. 75342/23|Appeal No. 6572-6573|Case No. 2025-03282, 2024-05574|

Before: Renwick, J.P., Friedman, Kapnick, Pitt-Burke, O'neill Levy, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Manvitha Kapireddy of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Faith DiTrolio of counsel), for respondent.

[*1]

Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Felicia A. Mennin, J.), rendered July 08, 2024,

Said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,

It is unanimously ordered that the judgments appealed from be and the same are hereby affirmed.

THIS CONSTITUTES THE DECISION AND ORDER

OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 12, 2026

Counsel for appellant is referred to

§ 606.5, Rules of the Appellate Division,

First Department.